IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCHELL DAVIS, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PROGRESSIVE ADVANCED | : | No. 19-5726 |
| INSURANCE COMPANY, et al., | : | |
| | : | |
| Defendants. | | |

**ORDER**

AND NOW, on February 12, 2021, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendants' Motion for Summary Judgment (doc. 34) is GRANTED in part;

2. Plaintiffs' Motion for Summary Judgment (doc. 35) is DENIED;

3. Judgment is entered in favor of Defendants Progressive Advanced Insurance Company and Progressive Specialty Insurance Company, and against Plaintiffs Marchell Davis and Brandy Gress; and

4. The Clerk of Court shall close this matter for statistical purposes.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE